# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 20, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148305 & (63)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                 SC: 148305
                                 COA: 304935

FERONDA MONTRE SMITH,
      Defendant-Appellant.                  Genesee CC: 08-023581-FC

_____/

      On order of the Court, the motion for leave to file pro per supplemental action is GRANTED. The application for leave to appeal the October 29, 2013 judgment of the Court of Appeals is considered, and it is GRANTED, limited to the issues: (1) whether the defendant was deprived of his constitutional right to a speedy trial; and (2) whether the defendant was deprived of his due process right to a fair trial through the presentation of perjured testimony.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 20, 2014


                                     Clerk

d0617